UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER NUNEZ,<br><br>    Defendant. | CASE NO.:   20CR2146-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

The parties' joint motion to continue the Motion Hearing/Trial Setting from October 1, 2021 to Friday, October 29, 2021 at 1:30 p.m., is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161 (h) (7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  September 29, 2021

Hon. Janis L. Sammartino
United States District Judge