UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>FRANCISCO JAVIER NUNEZ,<br><br>             Defendant. | CASE NO. 3:20CR2146-JLS-1<br><br>Hon. Janis L. Sammartino<br><br><br>**ORDER TO RETURN PROPERTY** |

The matter before the Court is Defendant's Motion for Return of Property, pursuant to Federal Rule of Criminal Procedure 41(g) (Dkt. Entry No. 92). For the reasons stated by defense counsel, the Court finds good cause to grant the motion. U.S. Pretrial Services is directed to return Mr. Nunez's U.S. passport to defense counsel.

IT IS SO ORDERED.

Dated: October 25, 2022

Hon. Janis L. Sammartino
United States District Judge